# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

United States of America
v.
**BRETT WILLIAM JANES,**

*Defendant(s)*

Case No. 1:23-mj-113

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January 1, 2023 through February 20, 2023 in the city/county of Arlington, Virginia in the Eastern District of Virginia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Production of Child Pornography |

This criminal complaint is based on these facts:

SEE AFFIDAVIT

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA
McKenzie Hightower
*Printed name and title*

*Complainant's signature*

Paul Fisher, Federal Bureau of Investigation
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone
*(specify reliable electronic means)*.

Date: 05/30/2023

Digitally signed by Ivan Davis
Date: 2023.05.30 14:43:40 -04'00'
*Judge's signature*

City and state: Alexandria, Virginia

Hon. Ivan D. Davis, U.S. Magistrate Judge
*Printed name and title*