IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:23-MJ-113 |
| | ) | |
| BRETT W. JANES, | ) | **UNDER SEAL** |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

## AFFIDAVIT IN SUPPORT OF A
## CRIMINAL COMPLAINT AND AN ARREST WARRANT

I, Paul Fisher, a Special Agent with the Federal Bureau of Investigation, Washington Field Office's Child Exploitation and Human Trafficking Task Force, being first duly sworn, state as follows:

## INTRODUCTION

1.      I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"). I have been so employed since August, 2012. I am currently assigned to the Washington Field Office, Child Exploitation and Human Trafficking Task Force investigating matters involving the online exploitation of children and human trafficking. Prior to my assignment with the Child Exploitation and Human Trafficking Task Force, I was assigned to the Safe Street Task Force where I investigated narcotic violations and crimes committed by street gangs such as La Mara Salvatrucha Trece, a/k/a MS-13. I was a SA with the Safe Street Task Force for approximately six years and have been with the Child Exploitation and Human Trafficking Task Force since October, 2020. As a SA with the FBI, I am authorized to investigate violations of the laws of the United States and to execute warrants issued under the authority of the United States.

2.	I have gained experience through training with the FBI and in everyday work related to conducting these types of investigations. During my career as a SA, I have conducted physical and wire surveillance; participated in the execution of search warrants and arrest warrants for various crimes; reviewed and analyzed numerous recorded conversations and other documentation of criminal activity; interviewed confidential human sources, subjects and victims; and monitored wiretapped conversations of individuals engaged in various crimes. Through my training and experience, I have become familiar with various types of codes, phrases, and lingo used by individuals involved with drug trafficking and human trafficking.

3.	I have participated in investigations involving computer-related offenses and have executed numerous search warrants, including those involving searches and seizures of computers, digital media, software, and electronically stored information. As part of my duties as a SA, I investigate criminal child exploitation and child pornography violations, including the illegal production, distribution, transmission, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2252 and 2252A and crimes related to sex trafficking and other commercial sex offenses in violation of 18 U.S.C. §§ 1591 and 1952.

4.	The facts and information in this Affidavit are based upon information that I obtained during this investigation and information that has been provided to me by other law enforcement sources. Since this Affidavit is being submitted for the limited purpose of securing a complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for this application.

5.	I submit this affidavit in support of a criminal complaint and arrest warrant charging BRETT W. **JANES** (hereinafter referred to as "**JANES**"), a resident of Arlington,

Virginia, which is within the Eastern District of Virginia, with production of child pornography, in violation of 18 U.S.C. § 2251(a). For the reasons set forth below, I submit that probable cause exists to believe that in or about January 1, 2023 through February 20, 2023, **JANES** did knowingly produce visual depictions of minors engaging in sexually explicit conduct that were transported or transmitted using any means or facility of interstate or foreign commerce, that is the Internet, via live video chats over Discord. Specifically, **JANES** utilized the social media application Discord, via the Internet, using the Discord username "**revision#3409**" to entice MVI to join a video chat and engage in sexually explicit conduct as more fully detailed below.

## STATUTORY AUTHORITY AND DEFINITIONS

6.      Title 18, United States Code § 2251(a) prohibit any person to employ, use, persuade, induce, entice, or coerce any minor to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, if such person knows or has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed.

7.      The term "minor," as defined in 18 U.S.C. § 2256(1), means any person under the age of 18 years.

8.      The term "sexually explicit conduct," as defined in 18 U.S.C. § 2256(2)(A)(i)–(v), means actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, anal

genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic area of any person.

9.     The term "visual depiction," as defined in 18 U.S.C. § 2256(5), includes undeveloped film and videotape, data stored on computer disc or other electronic means which is capable of conversion into a visual image, and data that is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format.

10.     The term "child erotica," as used herein, means materials or items that are sexually arousing to persons having a sexual interest in minors but that are not necessarily obscene or do not necessarily depict minors in sexually explicit poses or positions.

11.     The term "computer," as used herein, refers to "an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device" and includes smartphones, and mobile phones and devices. *See* 18 U.S.C. § 1030(e)(1).

12.     IP Address: An Internet Protocol address (or simply "IP address") is a unique numeric address used by computers on the Internet. An IP address is a series of four numbers, each in the range 0-255, separated by periods (e.g., 121.56.97.178). Every computer attached to the Internet computer must be assigned an IP address so that Internet traffic sent from and directed to that computer may be directed properly from its source to its destination. Most Internet service providers control a range of IP addresses. Some computers have static—that is, long-term—IP addresses, while other computers have dynamic—that is, frequently changed—IP addresses.

## BACKGROUND ON DISCORD

13.     Based on my training and experience, I am familiar with the social media platform called Discord, and I have engaged in child pornography investigations involving this platform. I have also spoken with other experienced law enforcement agents who have investigated criminal conduct occurring on this platform, and I have researched the platform and its capabilities on the Internet. Based on this experience, I know the following information about Discord. Discord owns and operates a free access all-in-one voice and text chat application and website of the same name. To use Discord, a user creates an account and uses the account to communicate with other Discord users. When signing up for a Discord account, the user must agree to Discord's Terms of Service, which state, among other things: "You agree not to use the [Discord] Service in order to: violate any applicable laws or regulations, or promote or encourage any illegal activity…"

14.     I also know Discord requires users to provide basic contact information to Discord, either during the registration process or thereafter. The information may include the user's full name, birthdate, contact e-mail addresses, physical address (including city, state, and zip code) telephone numbers, screen names, websites, and other personal identifiers. Discord also assigns a user identification number (ID) to each account.

15.     There are different features a user can access on Discord. Discord users can exchange private messages between users (messages that do not appear in any text channel, but which are revealed only to the users participating in the private communication), participate in text chat room discussions, and voice chat.  Discord users can also create "servers," which are akin to message boards that can only be accessed by users who have an "invitation link."  Within these servers, users can set up different "text channels," where users can type written text, upload files under eight megabytes, and record these communications. Additionally, within these servers,

users can be categorized and assigned designated roles. Such categorization and designation can provide users with different levels of access to the particular server and the text channels within the server.

## BACKGROUND ON SNAPCHAT

16. Based on my training and experience, I am familiar with the online social media platform called Snapchat, and I have engaged in child pornography investigations involving this platform. I have also spoken with other experienced law enforcement agents who have investigated criminal conduct occurring on this platform, and I have researched the platform and its capabilities on the Internet. Based on this experience, I know the following information about Snapchat. Snapchat is a mobile application (app) available through the iPhone App Store and the Google Play Store. The Snapchat app provides users a way to send and receive photos, videos, and chats.

17. A "snap" is a picture or video message taken and shared with other Snapchat users in real-time. The sender of a snap has the option of setting a timer for how long a snap can be viewed. Once a snap has been viewed, it is deleted from the company's system and is no longer visible to the recipient. Snapchat users can also send text messages to others using the Chat feature. Once a user leaves the Chat screen, messages viewed by both the sender and the receiver will no longer be visible. The application notifies other users when they are online so they can begin messaging each other. In addition, Snapchat users can send pictures to other users by utilizing the camera on their device. Pictures can also be sent from the saved pictures in the photo gallery of the device. Accessing a Snapchat account and "snaps" constitute "electronic communications" within the meaning of 18 U.S.C. § 3123. See also 18 U.S.C. §§ 3127(1) and 2510(12).

18.     I also know that a user can type messages, send Snaps, audio notes, and video notes to friends within the Snapchat app using the Chat feature. Snapchat servers are designed to automatically delete one-to-one chats once the recipient has opened the message and both the sender and recipient have left the chat screen, depending on the user's chat settings. Snapchat's servers are designed to automatically delete unopened one-to-one chats in 30 days. Users can also chat in groups. Chats sent in groups are deleted after 24 hours whether they are opened or not. A user can save a message in Chat by pressing and holding the message. The user can "unsave" the message by pressing and holding it again. This will delete it from Snapchat's servers. Users can also delete chats that they have sent to a recipient before the recipient has opened the chat or after the recipient has saved the chat.

19.     I also know that while a Snapchat message may disappear, the record of who sent it and when still exists. Snapchat records and retains information that is roughly analogous to the call detail records maintained by telecommunication companies. This includes the date, time, sender, and recipient of a snap. Additionally, Snapchat stores the number of messages exchanged, which users they communicate with the most, message status including if and when the message was opened, and whether the receiver used the native screen capture function of their device to take a picture of the snap before it disappeared.

## FACTS ESTABLISHING PROBABLE CAUSE

20.     This operation began on or about February 20, 2023 when Galloway Township Police Department (hereinafter referred to as GTPD) responded to an address located in Egg Harbor, New Jersey regarding the welfare of a child.  The father of Minor Victim 1 (hereinafter referred to as MV1) contacted GTPD after he learned MV1 had been communicating online with an adult on the internet using Discord.  The Discord username of the individual that MV1

communicated with was "**revision#3409**," later identified as **JANES**. During the initial interview, MV1 disclosed that **JANES** paid MV1 approximately $500 through Cash App in addition to playing strip games using a video chat function in Discord. Additionally, **JANES** told MV1 that his name was "Brett **JANES**," lived in Virginia, and was employed by an intelligence agency for the Federal government.

21.     The Federal Bureau of Investigation, Washington Field Office, was provided an investigative lead on or about April 21, 2023 from the Federal Bureau of Investigation, Atlantic City Resident Agency regarding **JANES**.

### INTERVIEW OF MV1

22.     On or about February 22, 2023, MV1 was interviewed by a GTPD Detective. During the interview, MV1 stated that he was 13 years old, and met **JANES** playing the online game Valorant. Valorant is a team-based, multiplayer, first-person tactical shooter video game played on personal computer or mobile device. MV1 and **JANES** eventually began sending messages to one another, including speaking using a voice chat function in Discord. **JANES** requested to play "strip Valorant" with MV1, a game in which **JANES** and MV1 would play Valorant, and the loser of the game would have to remove an article of clothing in view of one and other utilizing a video chat function in Discord. The "strip Valorant" led to both MV1 and **JANES** to be completely unclothed, and later progressed to both **JANES** and MV1 masturbating while on video chat.

23.     Further in the interview, MV1 estimated that he had approximately ten "inappropriate conversations" with **JANES**. MV1 identified another user who interacted with **JANES** as DISCORD username "Finestthings" and stated the user was approximately fifteen years old. MV1 described **JANES** room as a bedroom, television, bed, and nightstand, and

identified a badge in view. MV1 believed **JANES** worked for a government agency, and believed **JANES** formerly served in the United States military.

24. **JANES** additionally provided MV1 approximately various amounts of money which eventually totaled $500 through Cash App. MV1 could not use the money, as the Cash App account was not verified. MV1 eventually learned that **JANES** was between 26 and 27 years old.

## PRIVATE DISCORD MESSAGES BETWEEN MV1 AND REVISION#3409

25. Between on or about January 1, 2023 and February 20, 2023, **revision#3409** contacted MV1 on Discord while they played various video games together. On or about February 19, 2023, the following conversation occurred between **JANES** and MV1 on Discord:

| Date | Username | Message |
|------|----------|---------|
| 02-19-2023 | MV1 | my val is updating plus i cnat play val bc it wont work |
| 02-19-2023 | Revision#3409 | lies |
| 02-19-2023 | MV1 | nmopo lies |
| 02-19-2023 | MV1 | no |
| 02-19-2023 | Revision#3409 | then strip csgo |
| 02-19-2023 | Revision#3409 | **[Based on my training and experience I understand this blank box to mean that either a voice call or video call was initiated.]** |
| 02-19-2023 | MV1 | just wait |
| 02-19-2023 | MV1 | iu have to wait for my dad to sleep dude |
| 02-19-2023 | Revision#3409 | Can we play strip Val today? |
| 02-19-2023 | Revision#3409 | Or we can do rocket league 1v1 lol p |
| 02-19-2023 | Revision#3409 | **[Based on my training and experience I understand this blank box to mean that either a voice call or video call was initiated.]** |
| 02-19-2023 | Revision#3409 | <@1028871105638838384> |
| 02-19-2023 | Revision#3409 | Or you can teach me how to play rocket league lol |
| 02-19-2023 | Revision#3409 | ? |
| 02-19-2023 | Revision#3409 | You there |
| 02-19-2023 | MV1 | YEA |
| 02-19-2023 | MV1 | yea |

| 02-19-2023 | MV1 | caps |
| --- | --- | --- |
| 02-19-2023 | Revision#3409 | Wanna teach / play strip rocket league lol |
| 02-19-2023 | MV1 | not strip |
| 02-19-2023 | MV1 | just regualr |
| 02-19-2023 | Revision#3409 | Darn later strip then? |
| 02-19-2023 | MV1 | yea sdure |
| 02-19-2023 | Revision#3409 | How much later btw? |
| 02-19-2023 | MV1 | idk like later tnoighjt or sim |
| 02-19-2023 | Revision#3409 | Ok |
| 02-19-2023 | Revision#3409 | Iâ€™ll be on in a bit for either rocket league or Val |
| 02-19-2023 | MV1 | ok |
| 02-19-2023 | Revision#3409 | Are you actually going to play this time btw or blow me off lol also same rules apply for tonight |
| 02-19-2023 | MV1 | no ill play |
| 02-19-2023 | Revision#3409 | Btw I drank way too much vodka last night hopefully not as much tonight lol |
| 02-19-2023 | Revision#3409 | So for the boner one if we get hard we jerk off right? |
| 02-19-2023 | Revision#3409 | ? |

26.     Based on my training and experience and knowledge of the case, I believe **JANES** attempted to entice MV1 to play strip video games. Additionally, **JANES** suggested potentially masturbating once MV1 or **JANES** became erect which was later disclosed during MV1's interview.

27.     On or about February 20, 2023, the following conversation occurred between **JANES** and MV1:

| Date | Username | Message |
| --- | --- | --- |
| 02-20-2023 | Revision#3409 | I will give rl one more chance if we play strip rl lol |

28.     Based on my training and experience and knowledge of the case, **JANES** is using tactics consistent with "grooming" to entice MV1 to play strip video games. Following this chat, **JANES** made statements consistent with suicide.

29.     Later on or about February 20, 2023, the following conversation occurred:

| Date | Username | Message |
|---|---|---|
| 02-20-2023 | Revision#3409 | you literally took 100 from me tonight] |
| 02-20-2023 | Revision#3409 | which i deserve for annoying youj |
| 02-20-2023 | Revision#3409 | but come on man <@1028871105638838384> |
| 02-20-2023 | Revision#3409 | wawsnt called for u blocking me on snap and imessage |
| 02-20-2023 | Revision#3409 | I really am sorry but ill leave you alnone and u can keep the 600 |
| 02-20-2023 | Revision#3409 | i guess u know where to reach if you need money.. once again i am sorry <@1028871105638838384> |
| 02-20-2023 | Revision#3409 | i thought we we're friends actually but u unadding me and taking a random 100 bucks really showed me man.. i hope you do well at your dads but if you ever need shit im here but its still fucked up that you took money while im hammered guess im happy that it happened sooner rather than later and im just going to kill myself cause no one likes me |
| 02-20-2023 | Revision#3409 | sorry for bothering you though |
| 02-20-2023 | Revision#3409 | **[Based on my training and experience I understand this blank box to mean that either a voice call or video call was initiated.]** |
| 02-20-2023 | Revision#3409 | im not mad just sad that u unadded and acted like im not here man i know i can be a lot and im sorry |
| 02-20-2023 | Revision#3409 | but if you want ill leave you alone and never talk again if thats what you want you want <@1028871105638838384> |

30.    Based on my training and experience and knowledge of the case, **JANES** confronted MV1 and attempted to guilt MV1 for taking money from **JANES**.

31.    The conversation regarding money continued:

| Date | Username | Message |
|---|---|---|
| 02-20-2023 | Revision#3409 | alright ill unadd and be out 500 something bucks.. i am sorry for spamming when im drunk and you taking money from me |
| 02-20-2023 | Revision#3409 | but i guess fuck me and what ever since u only care about money |
| 02-20-2023 | MV1 | im tlaking to a griend |
| 02-20-2023 | MV1 | grind |
| 02-20-2023 | MV1 | friend |
| 02-20-2023 | MV1 | rn |

| 02-20-2023 | MV1 | thats hwy im not answereing' |
| 02-20-2023 | Revision#3409 | well since u took a random 100 imm going to assume u dont want me as a friend and blocked me on snap and text |
| 02-20-2023 | MV1 | bro im on ft and i was on my bed i just came back to my computer |
| 02-20-2023 | Revision#3409 | so im just going to unadd and make your life a lot simplier sorry for spamming you |
| 02-20-2023 | MV1 | dont  unadd |
| 02-20-2023 | MV1 | how do i unblock u on snap |
| 02-20-2023 | Revision#3409 | How would I know when you block on snap text and everything else |
| 02-20-2023 | MV1 | i unblocked u on i message |
| 02-20-2023 | MV1 | i added u on snap |
| 02-20-2023 | MV1 | my val is updating |
| 02-20-2023 | Revision#3409 | **[Based on my training and experience I understand this blank box to mean that either a voice call or video call was initiated.]** |
| 02-20-2023 | Revision#3409 | **[Based on my training and experience I understand this blank box to mean that either a voice call or video call was initiated.]** |
| 02-20-2023 | Revision#3409 | [**Based on my training and experience I understand this blank box to mean that either a voice call or video call was initiated.]** |
| 02-20-2023 | Revision#3409 | I am sorry |

32.     Based on my training and experience and knowledge of the case, **JANES** continued to guilt MV1 for receiving money from **JANES**.  Additionally, MV1 added **JANES** to his friend list on Snapchat.

33.     On or about February 20, 2023, **JANES** sent the following message to MV1:

| Date | Username | Message |
| --- | --- | --- |
| 2023-02-20 | Revision#3409 | please just answer so i am not being crazy and stupid for sending 500 bucks to a 14 yr old |

34.     Based on my training and experience and knowledge of the case, **JANES** admitted in this message to MV1 that he was aware MV1 was fourteen years old.

## ADDITTIONAL COMMUNICATIONS WITH OTHER USERS OVER DISCORD

35.     **Revision#3409** did not just target MV1 on Discord. He contacted nearly a dozen minor boys on the platform from February 20, 2023 to on or about April 20, 2023. During some of these conversations, he enticed the minors to produce and send child pornography to him as well as engage in live video calls to see them naked. Three minors have been identified, one child forensic interview is scheduled for May 30, 2023 and the other child forensic interviews will be scheduled.

## PRIVATE MESSAGES BETWEEN DISCORD USERNAME MV2 AND REVISION#3409

36.     On or about April 10, 2023, **JANES** contacted the username of suspected Minor Victim 2 (hereinafter referred to as MV2) on Discord:

| Date | Username | Message |
|---|---|---|
| April 10, 2023 | Revision#3409 | Ya haha so seriously tho can u send over what u look like? |
| April 10, 2023 | MV2 | u mean what im wearing |
| April 10, 2023 | Revision#3409 | Uh sure lol |
| April 10, 2023 | MV2 | **[An image was sent of what appears to be a minor boy wearing headphones, dressed in a white and black t-shirt and red pants. His eyes are blacked out with drawn-on black sunglasses]** |
| April 10, 2023 | MV2 | u could already see it on my profile but lmao there |
| April 10, 2023 | Revision#3409 | Those shorts or underwear haha |
| April 10, 2023 | MV2 | theyre literally shorts but ok.... |
| April 10, 2023 | Revision#3409 | Haha sorry you have any abs? |
| April 10, 2023 | MV2 | nah |
| April 10, 2023 | MV2 | btw gtg but brb cos im going for dinner k |
| April 10, 2023 | Revision#3409 | Aight haha can I see your stomach before you go? |
| April 10, 2023 | MV2 | **[A video of a cartoon yelling is sent.]** |
| April 10, 2023 | Revision#3409 | Lol |
| April 10, 2023 | Revision#3409 | That a no then haha |

| April 10, 2023 | MV2 | uh huh wait |
| April 10, 2023 | Revision#3409 | Ok |
| April 10, 2023 | MV2 | **[An image was sent of the same minor boy in a black and white shirt with his red pants removed. He is pulling his shirt up and showing his stomach and his Calvin Klein underwear are visible.]** |
| April 10, 2023 | MV2 | there happy |
| April 10, 2023 | Revision#3409 | Dang haha you should be rolling with the ladies |
| April 10, 2023 | MV2 | lmao thanks bro |
| April 10, 2023 | MV2 | anywa brb |
| April 10, 2023 | Revision#3409 | Ya and r u hard ðŸ˜, aight |
| April 10, 2023 | MV2 | and no im not hard tf... |
| April 10, 2023 | Revision#3409 | Dam it looks it ðŸ˜, u must be bigger |
| April 10, 2023 | MV2 | uuh ye probably ig |
| April 10, 2023 | Revision#3409 | Nice Iâ€™ll let you talk after lol |
| April 10, 2023 | MV2 | ye brb |

37.     Based on my training and experience and knowledge of the case, **JANES** requested photographs of what appeared to be a minor child. **JANES** then continued to request pictures that were more sexual in nature from the user, and then discussed the size of his penis.

38.     **JANES** and MV2's continued their conversation:

| Date | Username | Message |
| --- | --- | --- |
| April 10, 2023 | Revision#3409 | Want me to wear my thongs lol |
| April 10, 2023 | Revision#3409 | So do u wanna be the dom or sun in this relationship lol |
| April 10, 2023 | MV2 | yo back |
| April 10, 2023 | MV2 | Also wdym thong lmao |
| April 10, 2023 | MV2 | Did u took it from ur gf or wut |
| April 10, 2023 | Revision#3409 | There mine haha and I have two dildos |
| April 10, 2023 | MV2 | https://tenor.com/view/my-milk-team-cas-cat-cat-drinking-milk-kitten-gif-23323724 |
| April 10, 2023 | MV2 | ok |
| April 10, 2023 | Revision#3409 | Lol |
| April 10, 2023 | Revision#3409 | U wanna be the dom or sub btw |
| April 10, 2023 | MV2 | i heard abt the dom and sub shi but not sure abt what it was tbh |
| April 10, 2023 | MV2 | i only know its something that gay ppl have or sumthing |

| April 10, 2023 | Revision#3409 | Ya so a dom is someone who is like the one who bosses the other around while the sun has to obey lol |
|---|---|---|
| April 10, 2023 | MV2 | oh okay uuuuuuuuuuuuh |
| April 10, 2023 | MV2 | uuuuuuuuh i choose dom |
| April 10, 2023 | Revision#3409 | Darn lol so if we ever cam you boss me around |
| April 10, 2023 | MV2 | ye but wat is a dom supposed to order anywa |
| April 10, 2023 | Revision#3409 | You make me use my ball gag eat my cum or fuck myself with my dildo etc lol |
| April 10, 2023 | MV2 | woah okay bro |
| April 10, 2023 | Revision#3409 | Haha |

39.     Based on my training and experience and knowledge of the case, **JANES** discussed dominant and submissive roles often used in BDSM.  **JANES** asked user MV2 if he would like to be the dominant or submissive, and requested the user to participate in a video chat where the user would assert the dominant role and treat **JANES** as the submissive.

40.     Later on or about April 10, 2023, the conversation with **JANES** continued:

| Date | Username | Message |
|---|---|---|
| April 10, 2023 | Revision#3409 | Can I see yours btw? |
| April 10, 2023 | MV2 | my what |
| April 10, 2023 | Revision#3409 | Your you know down there lol |
| April 10, 2023 | MV2 | uuuh but u arent my gf tho Xd |
| April 10, 2023 | MV2 | y u wanna see it |
| April 10, 2023 | Revision#3409 | Lol but I mean Iâ€™m your bitch essentially when we cam and cause youâ€™re hot lol |
| April 10, 2023 | MV2 | okay man but later cos my parents are still awake |
| April 10, 2023 | MV2 | i will send u that thing later okaay |
| April 10, 2023 | Revision#3409 | Ah come a quickie one ðŸ™• ðŸ•» |
| April 10, 2023 | Revision#3409 | ? |
| April 10, 2023 | Revision#3409 | <@841498404324769812> |
| April 10, 2023 | MV2 | bro its 3 am rn can i take it when i wake up |
| April 10, 2023 | Revision#3409 | Ugh ðŸ˜¦ ok can I see the bedtime fit at least lol |
| April 10, 2023 | MV2 | ok thx man i promise i will wake up early k |
| April 10, 2023 | Revision#3409 | ðŸ˜¢ ok |

41.    Based on my training and experience and knowledge of the case, **JANES** continued to request pictures that were sexual in nature from MV2 and continued to request the user to participate in BDSM.

### PRIVATE MESSAGES BETWEEN DISCORD USERNAME MV3 AND REVISION#3409

42.    Between April 13, 2023 and April 18, 2023, **JANES** contacted the user name of suspected Minor Victim 3 (hereinafter referred to as MV3) on Discord and on or about April 13, 2023 had the following conversation:

| Date | Username | Message |
|---|---|---|
| April 13, 2023 | Revision#3409 | u have a big one? |
| April 13, 2023 | MV3 | ? |
| April 13, 2023 | Revision#3409 | like down theree |
| April 13, 2023 | MV3 | ohhhhhhhhhhh |
| April 13, 2023 | MV3 | 5in |
| April 13, 2023 | Revision#3409 | nice |
| April 13, 2023 | MV3 | u |
| April 13, 2023 | Revision#3409 | 7 in |
| April 13, 2023 | MV3 | oooooooo |
| April 13, 2023 | Revision#3409 | lol |
| April 13, 2023 | Revision#3409 | so u ever do anything before |
| April 13, 2023 | MV3 | ? |

43.    Based on my training and experience and knowledge of the case, **JANES** asked user MV3 how large his penis is, and if he has ever engaged in sexual activity.

44.    Later on or about April 14, 2023, **JANES** had the following conversation with user MV3:

| Date | Username | Message |
|---|---|---|
| April 13, 2023 | Revision#3409 | Can u send a pic of what u look like? |
| April 14, 2023 | Revision#3409 | Hey |
| April 14, 2023 | MV3 | hi |

| Date | Username | Message |
|---|---|---|
| April 14, 2023 | Revision#3409 | Can I see what u look like now haha |
| April 14, 2023 | MV3 | **[An image was sent that depicted what appears to be a minor boy with blue eyes and brown hair. He has a stud earing in his left ear and has no identifiable facial hair.]** |
| April 14, 2023 | Revision#3409 | nice |

45.    Based on my training and experience and knowledge of the case, **JANES** asked user MV3 for an image of himself. The image provided by MV3 depicted a male boy who appeared to be under the age of eighteen.

46.    The conversation continued on April 14, 2023:

| Date | Username | Message |
|---|---|---|
| April 14, 2023 | Revision#3409 | U have a big dick? |
| April 14, 2023 | MV3 | 5in last time i checked |
| April 14, 2023 | Revision#3409 | cani see? |
| April 14, 2023 | Revision#3409 | That's me btw<br>**[An image was sent of an adult male taking a selfie-style photo in a round mirror with a silver phone. Only his bare chest is displayed.]** |
| April 14, 2023 | MV3 | uhhhhh |
| April 14, 2023 | MV3 | face? |
| April 14, 2023 | Revision#3409 | Shitty pic haha<br>**[An image was sent depicting an adult male with his right arm extended, showing off his muscled arm. He has brown hair. He is holding a silver iPhone and taking a selfie-style photo in a mirror.]** |
| April 14, 2023 | MV3 | hot |
| April 14, 2023 | MV3 | **[An image is sent of what appears to be a minor's exposed anus. A pink sex toy is penetrating his anus. There is minimal pubic hair surrounding the individual's genitalia and anus.]** |
| April 14, 2023 | Revision#3409 | nice |
| April 14, 2023 | Revision#3409 | u have toys too hot |
| April 14, 2023 | MV3 | well ther moms but |
| April 14, 2023 | Revision#3409 | send a vid lol  i also have two dildos |
| April 14, 2023 | MV3 | moms home rn |

| April 14, 2023 | Revision#3409 | Any other pics |
|---|---|---|
| April 14, 2023 | MV3 | **[An image was sent of an individual laying on an outdoor couch, fully clothed. The focus of the image is on the individual's butt.]** |
| April 14, 2023 | Revision#3409 | any fully naked? |
| April 14, 2023 | MV3 | no |
| April 14, 2023 | Revision#3409 | Bummer haha so we like edating now? |
| April 14, 2023 | Revision#3409 | Can I get a dick pic tho |
| April 14, 2023 | MV3 | uhhhhh |
| April 14, 2023 | Revision#3409 | please |
| April 14, 2023 | MV3 | **[An image is sent of a minor's exposed penis. His face is not visible and he is wearing a gray shirt with red lettering and what appeared to be the same black pants as the photograph provided before.]** |
| April 14, 2023 | Revision#3409 | hot man |

47.     Based on my training and experience and knowledge of the case, **JANES** requested user MV3 send additional images of himself, specifically images that are sexual in nature. Discord user MV3 sent multiple images which appeared to be consistent with child sexual abuse material, including an image depicting a pink sex toy penetrating the rectum of what appeared to be a minor male child.  Additional images were provided to **JANES** from user MV3, including an image depicting what appeared to be a minor's penis.  The focus of the conversation was sexual in nature.  **JANES** also asked user MV3 if they were "edating" after trading photographs.

48.     The photographs sent by **JANES** were consistent with photographs gathered through law enforcement and commercial databases of **JANES**.  Law enforcement is in the process of identifying MV3, and a subpoena was sent to Discord in an attempt to identify the user on May 24, 2023.

**PRIVATE MESSAGES BETWEEN DISCORD USERNAME MV4 AND REVISION#3409**

49.     On or about April 13, 2023, **JANES** contacted the username of suspected Minor

Victim 4 (hereinafter referred to as MV4) on Discord and the following conversation occurred:

| Date | Username | Message |
|---|---|---|
| April 13, 2023 | Revision#3409 | can i see u jerk off |
| April 13, 2023 | MV4 | Ok |
| April 13, 2023 | Revision#3409 | also will we like watch movies together master? |
| April 13, 2023 | MV4 | Maybe |
| April 13, 2023 | Revision#3409 | do you play any video games master |
| April 13, 2023 | Revision#3409 | your cute |
| April 13, 2023 | MV4 | **[A video is sent of a what appeared to be a post-pubescent minor boy masturbating by moving his hand up and down on his erect penis.]** |

50.     Based on my training and experience and knowledge of the case, **JANES** requested

user MV4 participate in BDSM roll play, where **JANES** played the role of the submissive. User

MV4 provided **JANES** a video of what appeared to be a minor, post-pubescent boy masturbating

by moving his hand up and down over his erect penis.  Additional photographs were also sent by

MV4 which depicted what appeared to be a post-pubescent minor boy.  One of the photographs

appeared to be taken in a high school.

51.     User MV4 provided the video only after **JANES** asked "can I see u jerk off." Law

enforcement is in the process of identifying MV4 , and a subpoena was sent to Discord in a attempt

to identify the user on May 24, 2023.

### PRIVATE MESSAGES BETWEEN DISCORD USERNAME MV5 AND REVISION#3409

52.     On or about April 13, 2023, **JANES** contacted suspected Minor Victim 5

(hereinafter referred to as MV5) on Discord.  The following conversation occurred on April 13,

2023:

| Date | Username | Message |
|------|----------|---------|
| April 13, 2023 | Revision#3409 | have any other pics? |
| April 13, 2023 | MV5 | **[A photo is sent of what appears to be a minor boy with brown hair and brown eyes. He is sitting on a chair inside a home.]** |
| April 13, 2023 | Revision#3409 | i meant like other pics lol if you know what i mean |
| April 13, 2023 | MV5 | oh i dont rlly do nudes...but |
| April 13, 2023 | Revision#3409 | also if we were to meet how would u get here |
| April 13, 2023 | MV5 | metro |
| April 13, 2023 | Revision#3409 | ah true forgot about that lol |
| April 13, 2023 | Revision#3409 | so can i see other pics? |
| April 13, 2023 | Revision#3409 | btw im brett |
| April 13, 2023 | MV5 | **[User provided a first name, which has been removed to protect the identity of what is suspected to be a minor victim]** |
| April 13, 2023 | Revision#3409 | nice to meet you |

53.     Based on my training and experience and knowledge of the case, **JANES** requested user MV5 provide **JANES** a photograph.  User MV5 provided a photograph of himself clothed, to which **JANES** responded "i meant like other pics lol if you know what i mean" meaning unclothed. Additionally, **JANES** told MV5 that his name was "Brett" and inquired about potentially meeting with MV5.

54.     The conversation continued on or about April 13, 2023:

| Date | Username | Message |
|------|----------|---------|
| April 13, 2023 | Revision#3409 | have u sucked a dick before |
| April 13, 2023 | MV5 | yes |
| April 13, 2023 | Revision#3409 | whos? |
| April 13, 2023 | MV5 | guys online mostly |
| April 13, 2023 | Revision#3409 | nice Id say you could come over but still hesitant lol |
| April 13, 2023 | Revision#3409 | im near the pentagon city metro stop |
| April 13, 2023 | MV5 | cool |
| April 13, 2023 | Revision#3409 | u have any vids of u sucking dudes? |
| April 13, 2023 | MV5 | no |
| April 13, 2023 | Revision#3409 | dang any other pics tho |

| Date | Username | Message |
|---|---|---|
| April 13, 2023 | MV5 | ok..... |
| April 13, 2023 | MV5 | **[A selfie-style photo was sent which depicted what is believed to be a nude post-pubescent minor boy. His penis is visible in the photograph]** |
| April 13, 2023 | Revision#3409 | is that actually you? |
| April 13, 2023 | MV5 | yes |
| April 13, 2023 | Revision#3409 | fuck |
| April 13, 2023 | MV5 | is it ok |
| April 13, 2023 | Revision#3409 | yea man your huge |
| April 13, 2023 | MV5 | ðŸ˜€ |
| April 13, 2023 | Revision#3409 | can u do a belly one with face? |

55.     Based on my training and experience and knowledge of the case, **JANES** asked user MV5 if he had ever performed oral sex on a man, to which the user responded in the affirmative. **JANES** then tells MV5 that he would like for MV5 to come to his residence, which is near the Pentagon City metro stop.  Pentagon City metro stop is located in Arlington, Virginia within the Eastern District of Virginia, and is located close in proximity to the **SUBJECT PREMISES**.  User MV5 provided a selfie-style photograph which depicted what is believed to be a nude post-pubescent minor boy. His penis is visible in the photograph.

56.     The conversation continued on or about April 13, 2023:

| Date | Username | Message |
|---|---|---|
| April 13, 2023 | Revision#3409 | if u came over what would we do |
| April 13, 2023 | MV5 | umm anything rlly |
| April 13, 2023 | MV5 | suck n fuck if u wanted |
| April 13, 2023 | Revision#3409 | what if we just chilled and played video games? need people to chill with im bored |
| April 13, 2023 | MV5 | that would be cool too |
| April 13, 2023 | Revision#3409 | would u be able to come now? |
| April 13, 2023 | MV5 | about noon? |
| April 13, 2023 | Revision#3409 | that could work too just chill |
| April 13, 2023 | Revision#3409 | u have a cell phone |

| April 13, 2023 | Revision#3409 | and how far are you from the pentagon city stop |
| April 13, 2023 | Revision#3409 | also you like beer? |
| April 13, 2023 | Revision#3409 | im picking some up thats why im asking |
| April 13, 2023 | Revision#3409 | ill chill with the spam too just don't have many friends in this area |
| April 13, 2023 | MV5 | its cool |
| April 13, 2023 | MV5 | i dont have many friends either |
| April 13, 2023 | Revision#3409 | dang, u like beer though? |
| April 13, 2023 | MV5 | im 14 |
| April 13, 2023 | Revision#3409 | i started drinking at 16 lol |
| April 13, 2023 | MV5 | oh |

57.     Based on my training and experience and knowledge of the case, **JANES** continued discussing meeting with MV5.  Additionally, MV5 told **JANES** he was fourteen years old.  In this same conversation, even after MV5 stated that he was fourteen, **JANES** continued to want to meet up with him:

| April 13, 2023 | Revision#3409 | i have a fun game we could play too once u get here youll like it i think |
| April 13, 2023 | Revision#3409 | let me know when you leave |
| April 13, 2023 | Revision#3409 | Apartment is park at pentagon row btw <@1079039656496205945> |
| April 13, 2023 | Revision#3409 | you there erick? |
| April 13, 2023 | Revision#3409 | <@1079039656496205945> |
| April 13, 2023 | Revision#3409 | Feel free to come over tomorrow though |
| April 14, 2023 | Revision#3409 | Hey |
| April 14, 2023 | Revision#3409 | Yo you there **[an apparent minor's name has been redacted]** |
| April 14, 2023 | Revision#3409 | **[Based on my training and experience I understand this blank box to mean that either a voice call or video call was initiated.]** |
| April 14, 2023 | Revision#3409 | please get online i wanna chill with you |
| April 14, 2023 | Revision#3409 | Wanna come over |
| April 14, 2023 | Revision#3409 | <@1079039656496205945> |
| April 14, 2023 | Revision#3409 | You there |

58.     Law enforcement is in the process of identifying MV5, and a subpoena was sent to Discord in a attempt to identify the user on May 24, 2023.

## SNAPCHAT

59.     **JANES** did not only use Discord as a communication platform. During a review of the Discord return by GTPD, they identified chats where **JANES** asked MV1 to unblock **JANES** from Snapchat. In addition, MV1 told GTPD detectives during his interview that he communicated with **JANES** over Snapchat. After learning **JANES'** usernames, GTPD executed a communications data warrant on Snapchat for **JANES'** user accounts. A review of the return provided approximately nine videos and one photograph consistent with child sexual abuse material.

60.     All nine videos were sent to **JANES** username "**youwillfall82**" by suspected Minor Victim 6 (hereinafter referred to as MV6) on or about March 19, 2023.  The videos depict a pubescent male with an erect penis, at various points of masturbation, including ejaculation.  Seven of the nine videos depict a blanket with a smiley face print on the bed that is consistent with bed sheets used by minor children.  An open-source query of Snapchat username MV6 returned a MyLOL.com page that consisted of the following information, some of the items have been redacted to protect the identity of MV6:



61.     Based on my training and experience, and knowledge of the case, the Snapchat user MV6 identified himself as a thirteen-year-old male located in Hatfield, Pennsylvania. MyLOL.com is a social networking site and application aimed at teenagers. A subpoena was submitted to Snapchat on May 24, 2023 to fully identify the user.

62.     A photograph sent by suspected Minor Victim 7 (hereinafter referred to as MV7) to **JANES** username "**youwillfall82**" on or about March 22, 2023 depicted a pre-pubescent male, displaying his erect uncircumcised penis.  The male is seated on a bed, and his anus is also depicted in the picture.  No pubic hair is present near or around the individual's penis or buttocks.  A subpoena was submitted to Snapchat on May 24, 2023 to fully identify the user.

**IDENTIFICATION OF JANES**

63.     On or about April 26, 2023 numerous law enforcement and commercial databases were queried regarding **JANES**.  A query of the Virginia Department of Motor Vehicles database provided the following driver's license picture for **JANES**:



64.    In addition, The Department of Motor Vehicles provided the following information, Name: Brett William **JANES**, Address: 801 15th Street S, Apt. 612, Arlington, VA 22202, Date of Birth: 06/19/1996.

65.    The following conversation occurred between **JANES** and username "misha#7736" through Discord on or about April 13, 2023:

| |
|---|
| **misha#7736:** What do u look like |
| **misha#7736:** ðŸ¤¡ðŸ¤¡ðŸ¤¡ðŸ˜ðŸ˜ðŸ˜ |
| **JANES:** lol |
| **misha#7736:** Show pic |
| **JANES:** Those where my badges right one was when I first eodâ€™d |

66.    Provided in the Discord return for that specific chat between **JANES** and username "misha#7736," the following picture was provided:



67.     Based on my training and experience and knowledge of the case, **JANES** provided a photograph of two access badges commonly used for access in Federal buildings.  **JANES** identified the photographs in those badges as himself, which display a likeness to the photograph provided by the Department of Motor Vehicles.

68.     On April 26, 2023, an administrative subpoena request was served on Discord for information associated with user **revision#3409**. On April 27, 2023, Discord responded and provided email address bjanes11@yahoo.com, phone number 603-828-4406, and a Comcast IP address, 69.250.89.14, that was being used consistently between January 1, 2023 and April 26, 2023.

69.     On April 28, 2023, an administrative subpoena request was served on Verizon for subscriber information associated with phone number 603-828-4406. On May 2, 2023, Verizon responded to the administrative subpoena and provided the following subscriber information: Brett Janes**,** 76 Bradstreet Lane, Eliot, ME 39031. According to commercial and law enforcement sensitive databases, that address was previously associated with **JANES.**

70.     On April 28, 2023, an administrative subpoena request was served on Comcast for subscriber information associated with IP address 69.250.89.14 on 2023-04-26 at 22:15:43 UTC. On May 2, 2023, Comcast responded to the subpoena and provided the following subscriber information: Brett Janes, 801 15th Street S, Apt 612, Arlington, VA 22202. This address was verified as **JANES**'s current address using commercial and law enforcement sensitive databases.

## EMPLOYMENT VERIFICATION OF JANES

71.     On or about April 26, 2023, FBI Special Agents worked to verify **JANES** employment within the Federal government.  It was confirmed through the legal department of an intelligence agency, that **JANES** was a contract employee with that agency.

72.     On or about May 23, 2023 your Affiant was informed that **JANES** had recently taken a contract position within a headquarters unit in the FBI.

## SUMMARY

73.     I respectfully submit there is probable cause to believe that **JANES** operated multiple accounts on Discord and Snapchat and directed minors to engage in sexual activity that was viewed through Discord and Snapchat. **JANES** also received child sexual abuse material on his Snapchat and Discord accounts, which was also produced at the direction of **JANES.** Much of this activity is directly traceable to an IP address that resolves to **JANES**'s residence and/or to accounts that are associated with **JANES**'s personal phone number.

## REQUEST FOR SEALING

74.     It is respectfully requested that this Court issue an order sealing, until further order of this Court, all papers submitted in support of this Application, including the Application, Affidavit, Complaint, and Attachments. Based upon my training and experience, I have learned that online criminals actively search for criminal affidavits and search warrants via the Internet, and disseminate them to other online criminals as they deem appropriate, *i.e.,* post them publicly online through forums. Premature disclosure of the contents of this Affidavit and related documents may have a significant and negative impact on this continuing investigation and may jeopardize its effectiveness by alerting potential targets to the existence and nature of the investigation, thereby giving them an opportunity to flee, or to destroy or tamper with evidence.

## **CONCLUSION**

75.     For the reasons set forth below, I submit that probable cause exists to believe that in or about January 1, 2023 through February 20, 2023, **JANES** knowingly enticed MV1 to produce child pornography via live video chats on Discord in violation of 18 U.S.C. § 2251(a), and I respectfully request that a criminal complaint and arrest warrant be issued for **JANES**.

Respectfully submitted,

Paul J. Fisher, Special Agent
Federal Bureau of Investigation

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 41 via telephone on May 30, 2023.

Digitally signed by Ivan Davis
Date: 2023.05.30 14:44:25 -04'00'

The Honorable Ivan D. Davis
United States Magistrate Judge