# UNITED STATES DISTRICT COURT/CRIMINAL MINUTES

Date: 08/29/23  Judge: Brinkema  Reporter: S. Austin
Time: 8:58am - 9:05am  Interpreter:
Language:
Probation Email:
Jury Email:

## UNITED STATES OF AMERICA

v.

BRETT WILLIAM JANES  1:23CR140
Defendant's Name  Case Number

ANN MASON RIGBY  MCKENZIE HIGHTOWER
**Counsel for Defendant:**  **Counsel for Government**

**Matter called for:**
[X] Arraignment  [ ] Pre-Indictment Plea  [ ] Change of Plea  [ ] Motions
[ ] Sentencing  [ ] Revocation Hearing  [ ] Docket Call  [ ] Appeal (USMC)
[ ] Other
Deft appeared: [X] in person  [ ] failed to appear  X] with Counsel  [ ] without Counsel  [ ] through Counsel

**Filed in open court:**
[X] Discovery Order  [ ] Information  [ ] Plea Agreement  [ ] Statement of Facts [X] Waiver of Speedy Trial

**Arraignment & Plea:**
[X] WFA   [ ] FA   [ ] PG   [X] PNG   **Trial by Jury:** [X] Demanded   [ ] Waived
[
[ ] Deft entered Plea of Guilty as to Count(s) _____ of the _____
[ ] Plea accepted, **Guilty Count(s)** _____
[ ] Motion for Dismissal of Count(s) _____ by [ ] US [ ] Deft
[ ] Order entered in open court   [ ] Order to follow
[ ] Deft directed to USPO for PSI--- [ ] Deft directed to cooperate with USPO for PSI
[ ] Case continued to: **12/05/2023** at **10:00am** for:
[x] Jury Trial   [ ] Bench Trial   [ ] Sentencing   [ ] Status

Court finds case complex
Deft has 4 WEEKS to file Motions- Govt has 2 weeks to respond - if needed COUNSEL will notice HEARING date FOR argument of any motions

**Deft is:** [X] In Custody   [ ] Summons Issued   [ ] On Bond   [ ] Warrant Issued   [ ] 1st appearance

**Bond Set at:** $ _____   [ ] Unsecured   [ ] Surety   [ ] Personal Recognizance
[ ] Release Order Entered   [X] Deft Remanded   [ ] Deft Released on Bond   [ ] Deft Continued on Bond