IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 1:23-CR-140 |
| | ) | |
| BRETT JANES, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon Motion of the United States to Dismiss Count Two and Three of the Indictment in the above-captioned case, it is hereby

ORDERED that Count Two and Count Three of the Indictment in the above-captioned case are dismissed as to this defendant only.

2/27/24
Date

Hon. Leonie M. Brinkema
United States District Judge

/s/

Leonie M. Brinkema
United States District Judge