IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. 1:23-CR-140 |
| | ) | |
| BRETT JANES, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of the defendant's Unopposed Motion to Append Exhibits to PSR ("Motion"), which seeks an order directing the United States Probation Office to append certain exhibits to the presentence report in this case, and for good cause shown, the Motion [Dkt. No. 50] is GRANTED and it is hereby

ORDERED that the United States Probation Office shall append sealed exhibits 1 and 2 to the defendant's sentencing memorandum, ECF 43-1 and ECF 43-2, to the presentence report in this case.

The Clerk is directed to forward copies of the Order to counsel of record and the United States Probation Office.

February 28, 2024
Alexandria, Virginia

/s/ 
Leonie M. Brinkema
United States District Judge